PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4810
    Facsimile: (415) 744-0134
    E-Mail: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GABRIEL RATHBURN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:20-cv-1466-DMC (SS)<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42. U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take further action to complete the administrative record, as warranted. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: *April 22, 2021*  CHARLES E. BINDER & HARRY J. BINDER, LLP

By: */s/ Caspar Chan for Young Bin Yim* *
YOUNG BIN YIM
*Authorized by email on April 22, 2021*
Attorneys for Plaintiff

Date: *April 22, 2021*  PHILIP A. TALBERT
Acting United States Attorney
Eastern District of California

By: */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: May 10, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE